UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ELINSKY

        Plaintiff,

v.        Case No. 13-11113
        Honorable Julian Abele Cook, Jr.

COMMISSIONER OF
SOCIAL SECURITY

        Defendant.

## ORDER

This case involves a complaint by the Plaintiff, Michael Elinsky, who, in relying upon the authority of 42 U.S.C. § 405(g), has asked this Court to review a final decision by the Defendant, the Commissioner of the Social Security Administration ("Commissioner"). Thereafter, Elinsky filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. The Commissioner likewise filed a motion for summary judgment. Both motions were forwarded by the Court to Magistrate Judge Charles Binder for evaluation. In a report on January 30, 2014 the Magistrate Judge recommended that this Court grant the Commissioner's motion for summary judgment. As of this date, neither party has expressed any objections to the Magistrate Judge's report and recommendation. The period of time for filing objections having now expired, this Court adopts the report, including the recommendations of the Magistrate Judge, in its entirety.

IT IS SO ORDERED.

Date: March 25, 2014                              s/Julian Abele Cook, Jr.
                                                                                   JULIAN ABELE COOK, JR.
                                                                                   U.S. District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on March 25, 2014..

                                                                                                            s/ Kay Doaks
                                                                                                           Case Manager